MOYA ET UX. *v.* DeBACA, DBA DeBACA & CO.
CREDIT & COLLECTION AGENCY, ET AL.

No. 996, Misc.   Decided June 23, 1969.

*William G. Fitzpatrick, Jr.,* for appellants.

*Claud S. Mann* for DeBaca et al., and *Boston E. Witt,*
Attorney General, and *James V. Noble,* Assistant Attor-
ney General, for the State of New Mexico, appellees.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is
granted.   The motion to dismiss is granted and the
appeal is dismissed.

MR. JUSTICE HARLAN and MR. JUSTICE BRENNAN
would vacate the judgment and remand the case in light
of *Sniadach* v. *Family Finance Corp. of Bay View, ante,*
p. 337.

DILLARD *v.* FAMILY COURT, QUEENS
COUNTY, ET AL.

No. 1939, Misc.   Decided June 23, 1969.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.